UNITED STATES of America, Plaintiff—Appellee,

v.

Tony Anthony BROWN, Defendant— Appellant.

No. 07–6737.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 13, 2007.

Decided: Sept. 19, 2007.

Tony Anthony Brown, Appellant Pro Se.

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Anthony Brown appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2000) motion for reduction of sentence and his motion captioned an "unopposed motion for amended judgment and commitment order." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, Nos. 5:98–cr–00037–F; 5:05–cv–00123–F (E.D.N.C. Apr. 23, 2007). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*